### DAVID WILLIAMS v. THE STATE.

#### No. 6910.   Decided March 15, 1922.

**Burglary—Withdrawal of Appeal—Affidavit—Abatement.**

Where appellant filed affidavit in due form requesting the withdrawal of the appeal, the same is granted and the appeal is abated.

Appeal from the Criminal District Court of Bowie.   Tried below before the Hon. P. A. Turner.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*F. M. Brooks,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Bowie County of the offense of burglary, and his punishment fixed at two years in the penitentiary.

An affidavit in due form, signed and sworn to by the accused requesting that he be permitted to withdraw his appeal in the instant case, has been filed and the request of appellant is granted, and it is ordered that this appeal be abated.

*Abated.*